# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-0426
Lower Tribunal No. 2022-CA-002644

———————————————

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Appellant,

v.

PATRICK DONNELLY, JR.,

Appellee.

———————————————

Appeal from the Circuit Court for Osceola County.
Christine E. Arendas, Judge.

July 28, 2026

PER CURIAM.

AFFIRMED.

SMITH, GANNAM and KAMOUTSAS, JJ., concur.


Warren Kwavnick, of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for Appellant.

David L. Luck and Marisa K. Glassman, of Morgan & Morgan, Miami, and Steven E. Hermosa, of Morgan & Morgan, Orlando, and Derrick Connell and Grant Gillenwater, of Morgan & Morgan, Melbourne, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED